# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICKLELAS NECESSITY BREWER                                                                                    PLAINTIFF
ADC #116152

V.                                NO: 3:10CV00245 SWW/HDY

JACK McCANN *et al.*                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed to jury trial on his claims of excessive force against Defendant Rick Webb, and denial of adequate medical care against Defendants John Smith, Jeremy Sparks, and Debra McMullin.

2. Plaintiff's claims against Defendant Jack McCann are DISMISSED WITH PREJUDICE for failure to introduce sufficient evidence to create a fact issue to be submitted to a jury, and McCann's name is removed as a party Defendant.

DATED this 28th day of June, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE