**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

NICKLELAS NECESSITY BREWER

vs.                                    NO. 3:10CV00245 SWW

JACK MCCANN, ET AL

### ORDER

The Court has determined that the trial in the above matter set for January 17, 2012, would be continued due to a conflict on the Court's docket. The case hereby is rescheduled for trial to a jury to commence the week beginning **MONDAY, JUNE 25, 2012 AT 9:30 A.M. IN COURTROOM #1D.** Counsel should be present at 9:00 a.m. for a pretrial hearing.

As this matter was continued shortly before the scheduled trial date, the deadlines for discovery and motions have expired.

All other deadlines remain as previously scheduled and consistent with the new trial date.

IT IS SO ORDERED this 5th day of January 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE