IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| NICKLELAS NECESSITY BREWER | * | |
| ADC #116152 | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | Case No:   3:10CV00245 SWW |
| | * | |
| JACK MCCANN, ET AL | * | |
| | * | |
| Defendant(s) | * | |

## ORDER

The above styled matter has been scheduled for a jury trial to begin at ***9:00 a.m. on MONDAY, JUNE 25, 2012***, before United States District Judge Susan Webber Wright, in Courtroom #1D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS THEREFORE ORDERED that the Central Office of the Arkansas Department of correction is directed to ensure the attendance of plaintiff **Nicklelas Necessity Brewer, ADC #116152**, who is presently confined in the Arkansas Department of Correction, Wrightsville, AR, at the jury trial scheduled to commence at 9:00 a.m. on Monday, June 25, 2012, in Courtroom #1D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 21st day of June 2012.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE