IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| NICKLELAS NECESSITY BREWER | * |
| Plaintiff | * |
| V. | * |
| | *   NO: 3:10CV00245 SWW |
| JACK McCANN, ET AL. | * |
| Defendants | * |

**ORDER**

Pending before the Court is the Application of G. Gregory Niblock, appointed counsel for Plaintiff in this case, requesting a disbursement of funds from the Court's reimbursement of out-of-pocket expenses fund. Counsel seeks $429.25 for out-of-pocket costs he incurred in representing Plaintiff in this case.

Pursuant to Local Rule 83.6, the Court finds that the motion for reimbursement of out-of-pocket expenses (docket entry #104 ) should be and it is hereby GRANTED. The Clerk of the Court is directed to distribute to G. Gregory Niblock of the law firm of Niblock & Bueker, the amount of $429.25 from the reimbursement of out-of-pocket expenses fund. A copy of this order, along with the application for reimbursement, shall be placed in the fund and maintained by the Clerk of the Court.

IT IS SO ORDERED THIS 20th DAY OF AUGUST, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE